IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO: 2:25-CR-00699 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MOTION FOR DETENTION HEARING** |
| | ) | **AND FOR RELEASE FROM DETENTION** |
| SHAWNTEZ GAILLIARD, aka, "Tez," | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

    The Defendant, Shawntez Gailliard, respectfully moves that this Court hold a Detention Hearing in this matter. On May 22, 2025, Defendant was arraigned and consented to detention with leave to revisit the matter. Defendant now respectfully requests that the Court hold a Detention Hearing, and for an Order of Release from Custody under such terms and conditions as the Court deems just and proper.

 

/s/ L. Scott Harvin
L. Scott Harvin, Esquire
Attorney for the Defendant
HARVIN LAW FIRM, LLC
Post Office Box 139
Walterboro, South Carolina 29488
(843) 549-6432
Federal I. D. # 5482

Walterboro, South Carolina
July 8, 2025