IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO: 2:25-CR-00699 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER ALLOWING LAPTOP ACCESS |
| | ) | |
| | ) | |
| SHAWNTEZ GAILLIARD, aka, "Tez," | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Defendant, Shawntez Gailliard, by and through his counsel, with the consent of Assistant U.S. Attorney Christopher Scott Lietzow, Esq., has requested that the Defendant have meaningful access to the evidence in his case. Because of the numerous videos in discovery and the fact that the Defendant is in custody at the Charleston County Detention Center, this Court grants the request to allow discovery to be possessed at the jail, with the following provisions. This order constitutes an exception to the Order Governing Discovery already in place in this case.

The Government has provided electronic copies of the discovery to the Defendant's attorneys, the contents of which will be loaded onto the hard

drive of a laptop, and the laptop is labeled as property of the Federal Public

Defender Office. The laptop shall not have discovery from any other case on

its hard drive and the laptop cannot have internet access enabled.

This Court orders the Charleston County Detention Center to make

the laptop available to the Defendant while he is in custody at the facility.

The laptop shall be password protected, with the defendant having a unique

user identification and password combination, provided only to the

Defendant.   The laptop will also not have discovery from any other case

saved on the hard drive.

Attorney L. Scott Harvin, Esq. will be available to meet with staff at the jail,
if requested,
for a review of the laptop. The Defendant is permitted to take notes while

he reviews the discovery but is not allowed to provide access to the laptop

to any other individual, nor is the jail allowed to provide access to any

other individuals other than those who are the subject of this Order. Failure

to abide by the restrictions of this Order may result in punishment for

contempt of court. The Charleston County Detention Center is ordered to

make all reasonable efforts to grant equitable access to the Defendant upon request.

IT IS SO ORDERED.

/s/ Bruce Howe Hendricks
Judge Bruce Howe Hendricks
United States District Judge

September 15, 2025
Charleston, South Carolina